## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA HALL, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARK A. HALL, SR. | * * * * | CIVIL ACTION NO.: |
| | | JUDGE |
| VERSUS | * | MAGISTRATE JUDGE |
| | * | |
| FRATERNAL ORDER OF POLICE D/B/A CRESCENT CITY LODGE NO. 2, FRATERNAL ORDER OF POLICE INC. AND RELIANCE STANDARD LIFE INSURANCE COMPANY | * | JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Defendant Reliance Standard Life Insurance Company ("Reliance") by and through undersigned counsel, hereby submits this Notice of Removal of the state court action referenced herein to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1331, 1441(c), and 1446. In support of its removal, Reliance respectfully avers as follows:

I.

On April 29, 2022 Plaintiff Sonya Hall, individually and on behalf of the estate of Mark A. Hall, Sr. ("Plaintiff") filed a Petition for Damages entitled *"Sonya Hall, et al versus Fraternal Order of Police, et al"* bearing suit number 827-740 in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.[1]

---

[1] See Plaintiff's Petition for Damages, attached as Exhibit 1.

II.

Plaintiff alleges that her husband, Mark A. Hall, Sr. ("Hall Sr.") passed away in April 2022 from complications associated with COVID-19. Plaintiff claims that Hall Sr. was employed with the New Orleans Police Department at the time of his death and is entitled to life insurance benefits under a group policy Death Benefit Plan issued to the Fraternal Order of Police, Inc. d/b/a Crescent City Lodge No. 2.[2]

III.

The Policy, and therefore, the claims in this case, are governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et. seq.*

IV.

A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. §1441(c) as an action arising under a federal law. *See Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dedeaux*, 481 U.S. 41 (1987). Accordingly, this court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132(e), as a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this court pursuant to the provisions of 28 U.S.C. §1441(a), (b) and (c).

V.

Reliance was served with the Petition for Damages on May 18, 2022. This Notice of Removal is being filed within thirty days of Reliance's receipt of the Complaint as required by 28 U.S.C. §1446(b).

---

[2] Exh. 1.

VI.

Fraternal Order of Police, Inc. d/b/a Crescent City Lodge No. 2 has consented to the instant removal.[3]

VII.

Fraternal Order of Police, Inc., also a named defendant, is not a proper party to this litigation. Accordingly, its consent to removal is not required. *Rico v. Flores,* 481 F.3d 234, 238 (5th Cir. 2007) ("consent need not be obtained from a co-defendant that the removing party contends is improperly joined"); *Farias v. Bexar Cty. Bd. of Trustees,* 925 F.2d 866, 871 (5th Cir.1991) ("nominal parties need not join in notice of removal even if removal is based on federal question jurisdiction rather than diversity jurisdiction").

VIII.

The United States Court for the Eastern District of Louisiana is the federal judicial district embracing 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, where suit was originally filed. Venue is therefore proper in this district court pursuant to 28 U.S.C. § 1441(a).

IX.

Reliance has good and sufficient defenses to the Plaintiff's claims for relief and dispute all rights to the relief prayed for in Plaintiff's Petition for Damages.

WHEREFORE, Defendant, Reliance Standard Life Insurance Company prays that the above-entitled cause on the docket of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, be removed from that Court to the docket of the United States District Court for the Eastern District of Louisiana and for trial by jury and other determinations as required by law.

---

[3] See, consent to removal, attached as Exhibit 2.

Respectfully submitted,

_____/s/ Caroline M. Murley_____
Paul J. Politz La. Bar No. 19741
ppolitz@twpdlaw.com
Caroline M. Murley, La. Bar No. 36599
cmurley@twpdlaw.com
TAYLOR, WELLONS, POLITZ & DUHE, LLC
1555 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone:  (504) 525-9888
Facsimile:  (504) 525-9899

***Counsel for Reliance Standard Life Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Removal* has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System.  I further certify that I mailed the forgoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system on this 17th day of June, 2022.

/s/ Caroline M. Murley
TAYLOR, WELLONS, POLITZ & DUHE, LLC
