PI
835

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

SUIT NO.: 827-740     DIVISION: J

SONYA HALL, INDIVIDUALLY, AND ON BEHALF OF
THE ESTATE OF MARK A. HALL, SR.

VERSUS

FRATERNAL ORDER OF POLICE d/b/a CRESCENT CITY LODGE NO. 2, FRATERNAL
ORDER OF POLICE, INC. and RELIANCE STANDARD LIFE INSURANCE COMPANY

FILED: _____     _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES FOR BREACH OF CONTRACT

NOW INTO COURT, through undersigned counsel, comes petitioner, Sonya Hall, individually and on behalf of the estate of the deceased, Mark A. Hall, Sr., is a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana, who respectfully represents the following:

I.

Made defendants herein are:

A. Fraternal Order of Police, a corporation licensed to do and doing business in the Parish of Jefferson, State of Louisiana;

B. Crescent City Lodge No. 2, Fraternal Order of Police, Inc., a corporation licensed to do and doing business in the Parish of Jefferson, State of Louisiana;

C. Reliance Standard Insurance Company, a foreign insurer licensed to do and doing business in the Parish of Jefferson, State of Louisiana.

II.

Mark A. Hall, Sr., husband of Sonya Hall, at all times relevant herein was employed by the New Orleans Police Department (NOPD) as a police officer until the date of his death.

III.

During his employment with NOPD, Mark A. Hall, Sr. was a member of the Fraternal Order of Police, Crescent city Lodge No. 2 and therefore entitled to benefits under the Death Benefit Plan.

IV.

During and as a result of his employment with NOPD, Mr. Hall contracted COVID-19.



05/04/2022 13:39:54 CERTIFIED TRUE COPY - Pg:1 of 5 - Jefferson Parish Clerk of Court

EXHIBIT 1

V.

As a result of the COVID-19 virus, Mr. Hall passed away on April 30, 2022. Mr. Hall's death was an accidental death in the line of duty.

VI.

Mark A. Hall, Sr.'s death was classified as "killed in the line of duty" by the Board of Trustees of the Municipal Police Employees' Retirement System.

VII.

Mr. Hall's death was properly reported to defendants, Fraternal Order of Police d/b/a Crescent City Lodge No. 2, Fraternal Order of Police, Inc. and/or Reliance Standard Insurance Company.

VIII.

Petitioner is the sole beneficiary of a life insurance policy issued by defendants, Fraternal Order of Police d/b/a Crescent City Lodge No. 2, Fraternal Order of Police, Inc. and/or Reliance Standard Insurance Company issued to Mark A. Hall, Sr.

IX.

According to Black's Law Dictionary, an "accidental death" is defined as: "A death that results from an unusual event, one that was not voluntary, intended, expected, or foreseeable."

X.

Due to Mark Hall's death being accidental and classified as in the line of duty, Petitioner is entitled to full life insurance benefits, including but not limited to $35,000 insurance benefits for a "in the line of duty death" and $14,000 for an accidental death.

XI.

To date, life insurance benefits and/or life insurance payments have not been made in full to Petitioner, Sonya Hall.

XII.

That these actions constitute a bad faith breach of the agreement/contract between Sonya Hall on behalf of deceased Mark A. Hall, Sr. and defendants, Fraternal Order of Police d/b/a Crescent City Lodge No. 2, Fraternal Order of Police, Inc. and/or Reliance Standard Insurance Company.

XIII.

Petitioner made written demand upon defendant for payment under the life insurance


05/04/2022 13:39:54 CERTIFIED TRUE COPY - Pg:2 of 5 - Jefferson Parish Clerk of Court - ID:2266757

24th E-Filed: 04/29/2022 15:08 Case: 827740 Div:J Atty:035925 CASEY W MOLL

policy, however, to date, payments have not been made in full.

### XIV.

Petitioner is entitled to any and all life insurance benefits due to Sonya Hall from defendants, Fraternal Order of Police d/b/a Crescent City Lodge No. 2, Fraternal Order of Police, Inc. and/or Reliance Standard Insurance Company, as well as attorney fees and costs and penalties as provided by Louisiana Law against all defendants.

### XV.

Defendants, Fraternal Order of Police d/b/a Crescent City Lodge No. 2, Fraternal Order of Police, Inc. and/or Reliance Standard Insurance Company, have failed to make an unconditional tender and/or tender the life insurance policy and/or policy limits due by them to petitioner, Mark A. Hall, Sr., through his sole heir and beneficiary, Sonya Hall and has acted in bad faith and has been arbitrary and capricious all without probable cause in failing to make said payments.

### XVI.

Petitioner herein has been damaged and will continue to be damaged herein. Petitioner itemizes her damages as follows:

1. Substantial emotional upset;
2. Unjust enrichment to Defendants;
3. Extensive financial losses and resultant financial hardship;
4. All costs due and owed to Petitioner, which are in excess of $30,000.00.

### XVII.

WHEREFORE, petitioner prays that defendants, Fraternal Order of Police d/b/a Crescent City Lodge No. 2, Fraternal Order of Police, Inc. and/or Reliance Standard Insurance Company, be cited and served with this petition, be required to answer and that after all due proceedings, defendants be found jointly, severally, and in solido liable, Petitioner be duly awarded any and all damages as requested herein along with attorney's fees, penalties and costs with judicial interest from date of breach of contract or upon judicial demand until paid herein along with all costs associated with these proceedings herein and any and all general and equitable relief.


05/04/2022 13:39:54 CERTIFIED TRUE COPY - Pg:3 of 5 - Jefferson Parish Clerk of Court - ID:2266757

24th E-Filed: 04/29/2022 15:08 Case: 827740 Div:J Atty:035925 CASEY W MOLL

Respectfully submitted,

/s/Casey W. Moll
John D. Silco (La. Bar No.: 17797)
Casey W. Moll (La. Bar No.: 35925)
320 North Carrollton Avenue, Suite 101
New Orleans, Louisiana 70119
(504) 486-4343 – Telephone
(504) 297-1249 – Facsimile
jack@johnsilcolaw.com
casey@johnsilcolaw.com
service@johnsilcolaw.com (this email address is designated for service pursuant to LA. C.C.P. Art. 1313)

Please serve:

Fraternal Order of Police
Through its registered agent for service of process
Dwyane Fontenot
934 Highway 1182
Plaucheville, LA 71362

Crescent City Lodge No., Fraternal Order of Police, Inc.
Through its registered agent for service of process
James Gallagher
82350 Pat Fitzmorris Road
Bush LA 70431

and

Reliance Standard Insurance Company
Through its agent for service of process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, La 70809

24th E-Filed: 04/29/2022 15:08 Case: 827740 Div:J Atty:035925 CASEY W MOLL



05/04/2022 13:39:54 CERTIFIED TRUE COPY - Pg:4 of 5 - Jefferson Parish Clerk of Court - ID:2266757

P1
S15

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

SUIT NO.: 827-740          DIVISION: J

**SONYA HALL, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF MARK A. HALL, SR.**

### VERSUS

**FRATERNAL ORDER OF POLICE d/b/a CRESCENT CITY LODGE NO. 2, FRATERNAL ORDER OF POLICE, INC. and RELIANCE STANDARD LIFE INSURANCE COMPANY**

FILED: _____        _____
                                      DEPUTY CLERK

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes plaintiff herein, Sonya Hall, individually and on behalf of The Estate of Mark A. Hall, Sr., and who pursuant to L.C.C.P. Article 1572, requests this Court provide written notice ten (10) days in advance of the date fixed for all Trials or Hearings of any Exception, Motions, Rules or Trials on the Merits, as further provided by L.C.C.P. Articles 1913 and 1914. Furthermore, petitioner requests immediate notice of all Interlocutory and Final Orders and Judgments or Exceptions, Motions, Rules, or the Trial on the Merits in the captioned proceedings.

Respectfully submitted,

*/s/Casey W. Moll*
John D. Sileo (La. Bar No.: 17797)
Casey W. Moll (La. Bar No.: 35925)
320 North Carrollton Avenue, Suite 101
New Orleans, Louisiana 70119
(504) 486-4343 – Telephone
(504) 297-1249 – Facsimile
jack@johnsileolaw.com
casey@johnsileolaw.com
service@johnsileolaw.com (this email address is designated for service pursuant to LA. C.C.P. Art. 1313)



05/04/2022 13:40:44 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:2266758

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SONYA HALL, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARK HALL, SR.<br><br>VERSUS<br><br>FRATERNAL ORDER OF POLICE D/B/A CRESCENT CITY LODGE NO. 2, FRATERNAL ORDER OF POLICE, INC. AND RELIANCE STANDARD LIFE INSURANCE COMPANY | * CIVIL ACTION NO.:<br>*<br>*<br>* JUDGE<br>*<br>* MAGISTRATE JUDGE<br>*<br>* JURY DEMAND<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT TO REMOVAL

**NOW INTO COURT**, comes defendant, Fraternal Order of Policy d/b/a Crescent City Lodge No. 2, who, reserving all rights and defenses, hereby consents to the removal of this matter from the 24th Judicial District Court, Parish of Jefferson to this Honorable Court.

Respectfully submitted,

   /s/C. Theodore Alpaugh, III
Claude A. Schlesinger, La. Bar No. 15042
C. Theodore Alpaugh, III, La Bar No. 02430
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, LLP
639 Loyola Avenue, Suite 2130
New Orleans, LA 70113
cas@gustebarnett.com

*Counsel for Fraternal Order of Police d/b/a Crescent City Lodge No. 2*



EXHIBIT 2